IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ML-02570-RLY-TAB |
| | MDL No. 2570 |

This document relates to:

| | |
|---|---|
| Drakeford, Carrie | 1:22-cv-1861 |
| Llewellyn, Judith | 1:16-cv-2930 |
| DiFabio, Margherita | 1:16-cv-3229 |
| Fowler, Anthony | 1:16-cv-3304 |
| Stime, Ryan | 1:17-cv-263 |
| Dodge, Megan | 1:17-cv-1402 |
| Frey, Christina | 1:17-cv-2786 |
| Stokes, Alphonso | 1:17-cv-2824 |
| Schaefer, Jennifer | 1:17-cv-2946 |
| Burgos, Rosa | 1:17-cv-3664 |
| Cotton, Paige | 1:17-cv-1288 |
| Christiansen, Paula | 1:17-cv-1410 |
| Bryant, Tamika | 1:17-cv-1435 |
| Harding, Anna | 1:17-cv-2581 |
| Jones-Clarke, Chan'te | 1:17-cv-2643 |
| McDonald, Deborah | 1:17-cv-2693 |
| Havens, Linda | 1:17-cv-2931 |
| Evans, Joseph | 1:17-cv-2983 |
| Sinclair, Clement | 1:17-cv-2984 |
| Bertram, Audrey | 1:17-cv-2997 |
| Davis, Katie | 1:17-cv-3022 |
| Winston, Kristie | 1:17-cv-3053 |
| Priem, Diane | 1:18-cv-1135 |
| Schneider, Michael | 1:18-cv-1266 |
| Opito, Daniel | 1:18-cv-2450 |

1

| | |
|---|---|
| Dukes, Roscoe | 1:18-cv-1208 |
| Manno, Laurel | 1:18-cv-1248 |
| Johnson, Tamekia | 1:18-cv-1334 |
| Pena, Diane | 1:18-cv-1344 |
| Dicking, Celester | 1:18-cv-1355 |
| Marshall, Charlotte | 1:18-cv-2142 |
| Clark, Michelle | 1:18-cv-2333 |
| Flamestar, Tabitha | 1:18-cv-2369 |
| Williams, James | 1:18-cv-2390 |
| Holliday, Michael | 1:18-cv-2391 |
| Greer, Carrie | 1:18-cv-2488 |
| Polinsky, Louis | 1:18-cv-2545 |
| Aston-Myers, Brett | 1:18-cv-2595 |
| Wyatt, Melissa | 1:18-cv-2660 |
| Kerns, Annemarie | 1:18-cv-2679 |
| Pinder, Shelly | 1:18-cv-2704 |
| Poindexter, Kisha | 1:18-cv-2824 |
| Jennison, Peter | 1:18-cv-3150 |
| Jennings, Douglas | 1:18-cv-3382 |
| Myers, Leon | 1:18-cv-3560 |
| Stewart, April | 1:18-cv-859 |
| Carter, Mary | 1:18-cv-937 |
| Taylor, Steven | 1:19-cv-142 |
| Edwards, Billie | 1:19-cv-186 |
| Butler, Yolanda | 1:19-cv-445 |
| Amaro, Jose | 1:19-cv-505 |
| Parker, Jamar | 1:19-cv-512 |
| Killman, Rebecca | 1:19-cv-1621 |
| Tennyson, Prudence | 1:19-cv-1259 |
| Powell, Barbara | 1:19-cv-1376 |
| Vonner, Tranise | 1:19-cv-1736 |
| Arrowood, Keri | 1:19-cv-1806 |
| Lesure, Kevin | 1:19-cv-2394 |
| Payne, Rachel | 1:19-cv-2395 |
| Naquin, Alice | 1:19-cv-2913 |
| Dulmage, John | 1:19-cv-2997 |
| Lamp, Gregory | 1:19-cv-3894 |

| | |
|---|---|
| Robinson, Scotty | 1:19-cv-3921 |
| Waters, Lamecia | 1:19-cv-4296 |
| DiNardo, Lucille | 1:19-cv-4338 |
| Jackson, Glora | 1:19-cv-4418 |
| Williams, Diane | 1:19-cv-4629 |
| Washington, Wallace | 1:19-cv-4948 |
| Mazzei, Donna | 1:20-cv-03307 |
| Kamp, Janette | 1:20-cv-193 |
| Pierpont, Lawrence | 1:20-cv-1985 |
| Parks, Thelonious | 1:20-cv-2605 |
| Purvis, Dennis | 1:20-cv-2726 |
| Elam, Clarence | 1:20-cv-2728 |
| Holland, Paul | 1:20-cv-2789 |
| Dunn, Shirley | 1:20-cv-2792 |
| Goodwin, Chiquita | 1:20-cv-2964 |
| Baker, Michael | 1:20-cv-3029 |
| Haynes, Leroy | 1:20-cv-3060 |
| Pugh, Gilbert | 1:20-cv-3153 |
| Manzella, Renie | 1:20-cv-3156 |
| Harrington, Lillian | 1:20-cv-3173 |
| Remington, Gerald | 1:20-cv-3179 |
| Hinton, Gregory | 1:20-cv-3228 |
| Zeigler, Henry | 1:20-cv-3230 |
| Tracy, Robert | 1:20-cv-3265 |
| Jones, William | 1:20-cv-3267 |
| Squires, Rita | 1:20-cv-3268 |
| Crabbs, Robert | 1:20-cv-509 |
| Howell Ramirez, April | 1:20-cv-510 |
| Dolgner, Kenneth | 1:20-cv-535 |
| Branch, Earl | 1:20-cv-6284 |
| Withers, Rebecca | 1:20-cv-6285 |
| Stout, Judy | 1:20-cv-6286 |
| Wallach, Penny | 1:20-cv-6298 |
| Dunbar, Kirkpatrick | 1:21-cv-646 |
| Dubois, Dennis | 1:21-cv-662 |
| Ball, John | 1:21-cv-763 |
| Doino, Michael | 1:21-cv-846 |

| | |
|---|---|
| Smith, Wanda | 1:21-cv-912 |
| Henze, Steven | 1:21-cv-952 |
| Walsh, Cielo | 1:21-cv-998 |
| Truxal, Jack | 1:21-cv-1199 |
| Oestreich, Roger | 1:21-cv-1849 |
| Harris, Robert | 1:21-cv-1914 |
| Potts, Thomas | 1:21-cv-1972 |
| Green, Cynthia | 1:21-cv-1973 |
| Lynn Jr., Richard | 1:21-cv-1974 |
| Raschke, Carl | 1:21-cv-1975 |
| Clark, Laura | 1:21-cv-2039 |
| Earnest, Janice | 1:21-cv-2040 |
| Hiatt-Lewis, Cherie | 1:21-cv-2832 |
| Jackson, Steven | 1:21-cv-3019 |
| Smith, Yolanda | 1:21-cv-6571 |
| Collier, Kenneth | 1:21-cv-102 |
| Torres, Manuel | 1:21-cv-1244 |
| Washington, Tony | 1:21-cv-128 |
| Terrell, Sharon | 1:21-cv-1810 |
| Hazle, Samoni | 1:21-cv-1821 |
| Bailey, Karen | 1:21-cv-1846 |
| Greenway, Marvin | 1:21-cv-1865 |
| Hanel, Rosemarie | 1:21-cv-1888 |
| Berga, Donald | 1:21-cv-1989 |
| Session, Lorraine | 1:21-cv-2031 |
| James, Curtis | 1:21-cv-2135 |
| Edmonds, Terrence | 1:21-cv-2209 |
| Costa, Alicia | 1:21-cv-2211 |
| Kendrick, Fredrick | 1:21-cv-2263 |
| Krueger, Larry | 1:21-cv-2264 |
| DeCanter, Jimmy | 1:21-cv-2340 |
| Youngblood, Paula | 1:21-cv-2342 |
| Bumper, Jimmy | 1:21-cv-2374 |
| Monarca, Phyllis | 1:21-cv-2409 |
| Bruno, Natosha | 1:21-cv-241 |
| Schachte, Helen | 1:21-cv-2435 |
| Efird, Shelia | 1:21-cv-2452 |

| | |
|---|---|
| Wilson, Derrick | 1:21-cv-2463 |
| Misskelley, Shirley | 1:21-cv-2473 |
| Steinmeyer, Robert | 1:21-cv-25 |
| Turner, Latonya | 1:21-cv-2736 |
| Darveaux, Cheryl | 1:21-cv-275 |
| Reynolds, Marilyn | 1:21-cv-2870 |
| Wickliffe, Holly | 1:21-cv-295 |
| Grizzle, Tammy | 1:21-cv-3048 |
| Muncie, LaQuesha | 1:21-cv-339 |
| Hemingway, Debra | 1:21-cv-351 |
| Adams, Janice | 1:21-cv-370 |
| Chalmers, Virginia | 1:21-cv-425 |
| Fabiano, Catherine | 1:21-cv-470 |
| Jenkins, Wilma | 1:21-cv-504 |
| Trice, Machelle | 1:21-cv-505 |
| Polhill, Loretta | 1:21-cv-562 |
| Renner, Debra | 1:21-cv-594 |
| Yazzie, Kathy | 1:21-cv-598 |
| Williams, April | 1:21-cv-599 |
| Komaniak, Janet | 1:21-cv-601 |
| Osborne, Kimberly | 1:21-cv-6369 |
| Albert, Jr., Willie | 1:21-cv-6377 |
| Kirkland, Gregory | 1:21-cv-6379 |
| Harcourt, James | 1:21-cv-6386 |
| Pelletier, Judy | 1:21-cv-6395 |
| Davis, Loricia | 1:21-cv-6402 |
| Lewis, Melissa | 1:21-cv-6409 |
| Huber, Beverlee | 1:21-cv-6415 |
| Normand, Arnetia | 1:21-cv-6416 |
| McPherson, Timothy | 1:21-cv-6421 |
| Gasaway, Ralph | 1:21-cv-6424 |
| Lathrum, Nathan | 1:21-cv-6429 |
| Kirby, John | 1:21-cv-6440 |
| Galvez, Ramon | 1:21-cv-645 |
| Banales, Mario | 1:21-cv-6455 |
| Perry, Frank | 1:21-cv-6462 |
| Wollschlager, Bernard | 1:21-cv-6511 |

| | |
|---|---|
| Wheeler, James | 1:21-cv-6524 |
| Fayal, Michael | 1:21-cv-6526 |
| Watson, Carol | 1:21-cv-6543 |
| Hernandez, Charlene | 1:21-cv-6544 |
| Williams, Lenore | 1:21-cv-6551 |
| DiOrio, Natina | 1:21-cv-6554 |
| Heichel, David | 1:21-cv-6555 |
| Gadson, James | 1:21-cv-6589 |
| Purvis, Avery | 1:21-cv-6594 |
| Gallimore, Lillie | 1:21-cv-755 |
| Solis, Jr., Refugio | 1:21-cv-780 |
| Burkman, John | 1:21-cv-8 |
| Ingram, Nathan | 1:22-cv-00313 |
| Matronic, John | 1:22-cv-1042 |
| Wagner, Jason | 1:22-cv-1069 |
| Davis, Vilma | 1:22-cv-1088 |
| Munoz, Franklin | 1:22-cv-1146 |
| Giangiulio, Joseph | 1:22-cv-1199 |
| McKay, Gary | 1:22-cv-1201 |
| Hilton, Brandon | 1:22-cv-1210 |
| Grifka, Gary | 1:22-cv-1244 |
| Hartman, David | 1:22-cv-1266 |
| Whittle, Margaret | 1:22-cv-1275 |
| Gale, Christian | 1:22-cv-129 |
| Schreiner, Staci | 1:22-cv-1290 |
| Meyers Jr., Emile | 1:22-cv-1299 |
| Lewis, Andre | 1:22-cv-1300 |
| Jordan, Robert | 1:22-cv-1325 |
| Gonzales, Samuel | 1:22-cv-1346 |
| Diaz, Richelle | 1:22-cv-1347 |
| Woodring, Lillie | 1:22-cv-149 |
| Henry, Audrey | 1:22-cv-1517 |
| Cassell, Vincent | 1:22-cv-157 |
| Glasson, Donald | 1:22-cv-1595 |
| Makoff, Donald | 1:22-cv-1637 |
| Villaran, Jesus | 1:22-cv-1749 |
| Pogue, Jean | 1:22-cv-1846 |

| | |
|---|---|
| Holloway, Kenneth | 1:22-cv-187 |
| Wilson, Laurie | 1:22-cv-188 |
| Kenworthy, Michael | 1:22-cv-1919 |
| Fox, Robert | 1:22-cv-1939 |
| Wilkerson, Sr., Travis | 1:22-cv-211 |
| Spaziano, John | 1:22-cv-2245 |
| Darnell, Terry | 1:22-cv-310 |
| Massey, Robert | 1:22-cv-388 |
| Van Derveer, Milton | 1:22-cv-398 |
| Colvin, Danna | 1:22-cv-424 |
| Johnson, Ruby | 1:22-cv-520 |
| Frost, Jadon | 1:22-cv-547 |
| Herrin, James | 1:22--cv-563 |
| Montgomery, Brenda | 1:22-cv-615 |
| Hickey, Karen | 1:22-cv-63 |
| Hood, Charlene | 1:22-cv-6697 |
| Price, Terry | 1:22-cv-6698 |
| Blaha, Stephen | 1:22-cv-6704 |
| Spann, Beverly | 1:22-cv-6712 |
| Kohut, Dana | 1:22-cv-6714 |
| Olencki, Jr., Raymond | 1:22-cv-6722 |
| Hampton, Reynauld | 1:22-cv-6743 |
| Watson, Tabitha | 1:22-cv-6748 |
| Pelt, Ryan | 1:22-cv-6750 |
| Joseph, Nahomie | 1:22-cv-6758 |
| Young, Curtis | 1:22-cv-684 |
| Glover-Washington, Vernice | 1:22-cv-779 |
| Hydeck, Shawn | 1:23-cv-983 |
| Laspia, III, John | 1:23-cv-997 |
| Booth, Candace | 1:23-cv-1082 |
| Williams, Victor | 1:23-cv-1105 |
| Hawkins, James | 1:23-cv-1109 |
| Melton, Jr., Kenneth | 1:23-cv-1152 |
| Guglielmini, Michael | 1:23-cv-1193 |
| Scott, Sherry | 1:23-cv-1223 |
| Townshend, Christopher | 1:23-cv-1783 |
| Richardson, Sandra | 1:23-cv-2306 |

| Riccardi, Mark | 1:23-cv-251 |
| Bennett, Charles | 1:23-cv-288 |
| Arrington, Diane | 1:23-cv-310 |
| Johnson, Samona | 1:23-cv-552 |
| Burrs, DeAnna | 1:23-cv-601 |
| Preston, Barbara | 1:23-cv-622 |
| Kneeland, Holly | 1:24-cv-1017 |
| Jeffries, Brigitta | 1:24-cv-1099 |
| Keleta, Asegedom | 1:24-cv-284 |
| Mankovecky, Jan | 1:24-cv-840 |

## NOTICE OF ENTRY OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Attorney James Hearon, of Ferrer Poirot Feller, hereby enters his appearance, as counsel, on behalf of all Plaintiffs listed herein above.

Dated: April 1, 2026.

Respectfully submitted,
**FERRER POIROT FELLER**

/s/ James Hearon
James Hearon
Texas Bar No. 24095253
2603 Oak Lawn Ave, Suite 300
Dallas, Texas 75219
Telephone: 214.521.4412
Facsimile: 214.550.2696
jhearon@lawyerworks.com,
ivcfiling@lawyerworks.com
(Asst. molvera@lawyerworks.com)
ATTORNEYS FOR PLAINTIFFS

8

## <u>CERTIFICATE OF SERVICE</u>

The foregoing document will be served via the Clerk of the Court, on April 1, 2026, using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<u>/s/ James Hearon</u>
James Hearon