IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 1:14-ML-02570-RLY-TAB<br><br>MDL No. 2570 |

This document relates to:

| | |
|---|---|
| Drakeford, Carrie | 1:22-cv-1861 |
| Llewellyn, Judith | 1:16-cv-2930 |
| DiFabio, Margherita | 1:16-cv-3229 |
| Fowler, Anthony | 1:16-cv-3304 |
| Stime, Ryan | 1:17-cv-263 |
| Dodge, Megan | 1:17-cv-1402 |
| Frey, Christina | 1:17-cv-2786 |
| Stokes, Alphonso | 1:17-cv-2824 |
| Schaefer, Jennifer | 1:17-cv-2946 |
| Burgos, Rosa | 1:17-cv-3664 |
| Cotton, Paige | 1:17-cv-1288 |
| Christiansen, Paula | 1:17-cv-1410 |
| Bryant, Tamika | 1:17-cv-1435 |
| Harding, Anna | 1:17-cv-2581 |
| Jones-Clarke, Chan'te | 1:17-cv-2643 |
| McDonald, Deborah | 1:17-cv-2693 |
| Havens, Linda | 1:17-cv-2931 |
| Evans, Joseph | 1:17-cv-2983 |
| Sinclair, Clement | 1:17-cv-2984 |
| Bertram, Audrey | 1:17-cv-2997 |
| Davis, Katie | 1:17-cv-3022 |
| Winston, Kristie | 1:17-cv-3053 |
| Priem, Diane | 1:18-cv-1135 |
| Schneider, Michael | 1:18-cv-1266 |
| Opito, Daniel | 1:18-cv-2450 |

| | |
|---|---|
| Dukes, Roscoe | 1:18-cv-1208 |
| Manno, Laurel | 1:18-cv-1248 |
| Johnson, Tamekia | 1:18-cv-1334 |
| Pena, Diane | 1:18-cv-1344 |
| Dicking, Celester | 1:18-cv-1355 |
| Marshall, Charlotte | 1:18-cv-2142 |
| Clark, Michelle | 1:18-cv-2333 |
| Flamestar, Tabitha | 1:18-cv-2369 |
| Williams, James | 1:18-cv-2390 |
| Holliday, Michael | 1:18-cv-2391 |
| Greer, Carrie | 1:18-cv-2488 |
| Polinsky, Louis | 1:18-cv-2545 |
| Aston-Myers, Brett | 1:18-cv-2595 |
| Wyatt, Melissa | 1:18-cv-2660 |
| Kerns, Annemarie | 1:18-cv-2679 |
| Pinder, Shelly | 1:18-cv-2704 |
| Poindexter, Kisha | 1:18-cv-2824 |
| Jennison, Peter | 1:18-cv-3150 |
| Jennings, Douglas | 1:18-cv-3382 |
| Myers, Leon | 1:18-cv-3560 |
| Stewart, April | 1:18-cv-859 |
| Carter, Mary | 1:18-cv-937 |
| Taylor, Steven | 1:19-cv-142 |
| Edwards, Billie | 1:19-cv-186 |
| Butler, Yolanda | 1:19-cv-445 |
| Amaro, Jose | 1:19-cv-505 |
| Parker, Jamar | 1:19-cv-512 |
| Killman, Rebecca | 1:19-cv-1621 |
| Tennyson, Prudence | 1:19-cv-1259 |
| Powell, Barbara | 1:19-cv-1376 |
| Vonner, Tranise | 1:19-cv-1736 |
| Arrowood, Keri | 1:19-cv-1806 |
| Lesure, Kevin | 1:19-cv-2394 |
| Payne, Rachel | 1:19-cv-2395 |
| Naquin, Alice | 1:19-cv-2913 |
| Dulmage, John | 1:19-cv-2997 |
| Lamp, Gregory | 1:19-cv-3894 |

| | |
|---|---|
| Robinson, Scotty | 1:19-cv-3921 |
| Waters, Lamecia | 1:19-cv-4296 |
| DiNardo, Lucille | 1:19-cv-4338 |
| Jackson, Glora | 1:19-cv-4418 |
| Williams, Diane | 1:19-cv-4629 |
| Washington, Wallace | 1:19-cv-4948 |
| Mazzei, Donna | 1:20-cv-03307 |
| Kamp, Janette | 1:20-cv-193 |
| Pierpont, Lawrence | 1:20-cv-1985 |
| Parks, Thelonious | 1:20-cv-2605 |
| Purvis, Dennis | 1:20-cv-2726 |
| Elam, Clarence | 1:20-cv-2728 |
| Holland, Paul | 1:20-cv-2789 |
| Dunn, Shirley | 1:20-cv-2792 |
| Goodwin, Chiquita | 1:20-cv-2964 |
| Baker, Michael | 1:20-cv-3029 |
| Haynes, Leroy | 1:20-cv-3060 |
| Pugh, Gilbert | 1:20-cv-3153 |
| Manzella, Renie | 1:20-cv-3156 |
| Harrington, Lillian | 1:20-cv-3173 |
| Remington, Gerald | 1:20-cv-3179 |
| Hinton, Gregory | 1:20-cv-3228 |
| Zeigler, Henry | 1:20-cv-3230 |
| Tracy, Robert | 1:20-cv-3265 |
| Jones, William | 1:20-cv-3267 |
| Squires, Rita | 1:20-cv-3268 |
| Crabbs, Robert | 1:20-cv-509 |
| Howell Ramirez, April | 1:20-cv-510 |
| Dolgner, Kenneth | 1:20-cv-535 |
| Branch, Earl | 1:20-cv-6284 |
| Withers, Rebecca | 1:20-cv-6285 |
| Stout, Judy | 1:20-cv-6286 |
| Wallach, Penny | 1:20-cv-6298 |
| Dunbar, Kirkpatrick | 1:21-cv-646 |
| Dubois, Dennis | 1:21-cv-662 |
| Ball, John | 1:21-cv-763 |
| Doino, Michael | 1:21-cv-846 |

| Smith, Wanda | 1:21-cv-912 |
|---|---|
| Henze, Steven | 1:21-cv-952 |
| Walsh, Cielo | 1:21-cv-998 |
| Truxal, Jack | 1:21-cv-1199 |
| Oestreich, Roger | 1:21-cv-1849 |
| Harris, Robert | 1:21-cv-1914 |
| Potts, Thomas | 1:21-cv-1972 |
| Green, Cynthia | 1:21-cv-1973 |
| Lynn Jr., Richard | 1:21-cv-1974 |
| Raschke, Carl | 1:21-cv-1975 |
| Clark, Laura | 1:21-cv-2039 |
| Earnest, Janice | 1:21-cv-2040 |
| Hiatt-Lewis, Cherie | 1:21-cv-2832 |
| Jackson, Steven | 1:21-cv-3019 |
| Smith, Yolanda | 1:21-cv-6571 |
| Collier, Kenneth | 1:21-cv-102 |
| Torres, Manuel | 1:21-cv-1244 |
| Washington, Tony | 1:21-cv-128 |
| Terrell, Sharon | 1:21-cv-1810 |
| Hazle, Samoni | 1:21-cv-1821 |
| Bailey, Karen | 1:21-cv-1846 |
| Greenway, Marvin | 1:21-cv-1865 |
| Hanel, Rosemarie | 1:21-cv-1888 |
| Berga, Donald | 1:21-cv-1989 |
| Session, Lorraine | 1:21-cv-2031 |
| James, Curtis | 1:21-cv-2135 |
| Edmonds, Terrence | 1:21-cv-2209 |
| Costa, Alicia | 1:21-cv-2211 |
| Kendrick, Fredrick | 1:21-cv-2263 |
| Krueger, Larry | 1:21-cv-2264 |
| DeCanter, Jimmy | 1:21-cv-2340 |
| Youngblood, Paula | 1:21-cv-2342 |
| Bumper, Jimmy | 1:21-cv-2374 |
| Monarca, Phyllis | 1:21-cv-2409 |
| Bruno, Natosha | 1:21-cv-241 |
| Schachte, Helen | 1:21-cv-2435 |
| Efird, Shelia | 1:21-cv-2452 |

| | |
|---|---|
| Wilson, Derrick | 1:21-cv-2463 |
| Misskelley, Shirley | 1:21-cv-2473 |
| Steinmeyer, Robert | 1:21-cv-25 |
| Turner, Latonya | 1:21-cv-2736 |
| Darveaux, Cheryl | 1:21-cv-275 |
| Reynolds, Marilyn | 1:21-cv-2870 |
| Wickliffe, Holly | 1:21-cv-295 |
| Grizzle, Tammy | 1:21-cv-3048 |
| Muncie, LaQuesha | 1:21-cv-339 |
| Hemingway, Debra | 1:21-cv-351 |
| Adams, Janice | 1:21-cv-370 |
| Chalmers, Virginia | 1:21-cv-425 |
| Fabiano, Catherine | 1:21-cv-470 |
| Jenkins, Wilma | 1:21-cv-504 |
| Trice, Machelle | 1:21-cv-505 |
| Polhill, Loretta | 1:21-cv-562 |
| Renner, Debra | 1:21-cv-594 |
| Yazzie, Kathy | 1:21-cv-598 |
| Williams, April | 1:21-cv-599 |
| Komaniak, Janet | 1:21-cv-601 |
| Osborne, Kimberly | 1:21-cv-6369 |
| Albert, Jr., Willie | 1:21-cv-6377 |
| Kirkland, Gregory | 1:21-cv-6379 |
| Harcourt, James | 1:21-cv-6386 |
| Pelletier, Judy | 1:21-cv-6395 |
| Davis, Loricia | 1:21-cv-6402 |
| Lewis, Melissa | 1:21-cv-6409 |
| Huber, Beverlee | 1:21-cv-6415 |
| Normand, Arnetia | 1:21-cv-6416 |
| McPherson, Timothy | 1:21-cv-6421 |
| Gasaway, Ralph | 1:21-cv-6424 |
| Lathrum, Nathan | 1:21-cv-6429 |
| Kirby, John | 1:21-cv-6440 |
| Galvez, Ramon | 1:21-cv-645 |
| Banales, Mario | 1:21-cv-6455 |
| Perry, Frank | 1:21-cv-6462 |
| Wollschlager, Bernard | 1:21-cv-6511 |

| | |
|---|---|
| Wheeler, James | 1:21-cv-6524 |
| Fayal, Michael | 1:21-cv-6526 |
| Watson, Carol | 1:21-cv-6543 |
| Hernandez, Charlene | 1:21-cv-6544 |
| Williams, Lenore | 1:21-cv-6551 |
| DiOrio, Natina | 1:21-cv-6554 |
| Heichel, David | 1:21-cv-6555 |
| Gadson, James | 1:21-cv-6589 |
| Purvis, Avery | 1:21-cv-6594 |
| Gallimore, Lillie | 1:21-cv-755 |
| Solis, Jr., Refugio | 1:21-cv-780 |
| Burkman, John | 1:21-cv-8 |
| Ingram, Nathan | 1:22-cv-00313 |
| Matronic, John | 1:22-cv-1042 |
| Wagner, Jason | 1:22-cv-1069 |
| Davis, Vilma | 1:22-cv-1088 |
| Munoz, Franklin | 1:22-cv-1146 |
| Giangiulio, Joseph | 1:22-cv-1199 |
| McKay, Gary | 1:22-cv-1201 |
| Hilton, Brandon | 1:22-cv-1210 |
| Grifka, Gary | 1:22-cv-1244 |
| Hartman, David | 1:22-cv-1266 |
| Whittle, Margaret | 1:22-cv-1275 |
| Gale, Christian | 1:22-cv-129 |
| Schreiner, Staci | 1:22-cv-1290 |
| Meyers Jr., Emile | 1:22-cv-1299 |
| Lewis, Andre | 1:22-cv-1300 |
| Jordan, Robert | 1:22-cv-1325 |
| Gonzales, Samuel | 1:22-cv-1346 |
| Diaz, Richelle | 1:22-cv-1347 |
| Woodring, Lillie | 1:22-cv-149 |
| Henry, Audrey | 1:22-cv-1517 |
| Cassell, Vincent | 1:22-cv-157 |
| Glasson, Donald | 1:22-cv-1595 |
| Makoff, Donald | 1:22-cv-1637 |
| Villaran, Jesus | 1:22-cv-1749 |
| Pogue, Jean | 1:22-cv-1846 |

| | |
|---|---|
| Holloway, Kenneth | 1:22-cv-187 |
| Wilson, Laurie | 1:22-cv-188 |
| Kenworthy, Michael | 1:22-cv-1919 |
| Fox, Robert | 1:22-cv-1939 |
| Wilkerson, Sr., Travis | 1:22-cv-211 |
| Spaziano, John | 1:22-cv-2245 |
| Darnell, Terry | 1:22-cv-310 |
| Massey, Robert | 1:22-cv-388 |
| Van Derveer, Milton | 1:22-cv-398 |
| Colvin, Danna | 1:22-cv-424 |
| Johnson, Ruby | 1:22-cv-520 |
| Frost, Jadon | 1:22-cv-547 |
| Herrin, James | 1:22--cv-563 |
| Montgomery, Brenda | 1:22-cv-615 |
| Hickey, Karen | 1:22-cv-63 |
| Hood, Charlene | 1:22-cv-6697 |
| Price, Terry | 1:22-cv-6698 |
| Blaha, Stephen | 1:22-cv-6704 |
| Spann, Beverly | 1:22-cv-6712 |
| Kohut, Dana | 1:22-cv-6714 |
| Olencki, Jr., Raymond | 1:22-cv-6722 |
| Hampton, Reynauld | 1:22-cv-6743 |
| Watson, Tabitha | 1:22-cv-6748 |
| Pelt, Ryan | 1:22-cv-6750 |
| Joseph, Nahomie | 1:22-cv-6758 |
| Young, Curtis | 1:22-cv-684 |
| Glover-Washington, Vernice | 1:22-cv-779 |
| Hydeck, Shawn | 1:23-cv-983 |
| Laspia, III, John | 1:23-cv-997 |
| Booth, Candace | 1:23-cv-1082 |
| Williams, Victor | 1:23-cv-1105 |
| Hawkins, James | 1:23-cv-1109 |
| Melton, Jr., Kenneth | 1:23-cv-1152 |
| Guglielmini, Michael | 1:23-cv-1193 |
| Scott, Sherry | 1:23-cv-1223 |
| Townshend, Christopher | 1:23-cv-1783 |
| Richardson, Sandra | 1:23-cv-2306 |

7

| | |
|---|---|
| Riccardi, Mark | 1:23-cv-251 |
| Bennett, Charles | 1:23-cv-288 |
| Arrington, Diane | 1:23-cv-310 |
| Johnson, Samona | 1:23-cv-552 |
| Burrs, DeAnna | 1:23-cv-601 |
| Preston, Barbara | 1:23-cv-622 |
| Kneeland, Holly | 1:24-cv-1017 |
| Jeffries, Brigitta | 1:24-cv-1099 |
| Keleta, Asegedom | 1:24-cv-284 |
| Mankovecky, Jan | 1:24-cv-840 |

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

James Hearon, of Ferrer Poirot Feller, respectfully requests that this Court withdraw John T. Kirtley, III, as counsel on behalf of all Plaintiffs listed herein above, as he is no longer employed at Ferrer Poirot Feller and has no further involvement in this matter.  Further, the undersigned requests that the e-mail address of jkirtley@lawyerworks.com be removed from the CM/ECF E-filing list.

I, James Hearon of Ferrer Poirot Feller, request to be substituted as counsel of record in this matter.

Dated: April 10, 2026.

Respectfully submitted,
**FERRER POIROT FELLER**

/s/ James Hearon
James Hearon
Texas Bar No. 24095253
2603 Oak Lawn Ave, Suite 300
Dallas, Texas 75219
Telephone: 214.521.4412
Facsimile: 214.550.2696
jhearon@lawyerworks.com,
ivcfiling@lawyerworks.com
(Asst. molvera@lawyerworks.com)
ATTORNEYS FOR PLAINTIFFS

8

## <u>CERTIFICATE OF SERVICE</u>

The foregoing document will be served via the Clerk of the Court, on April 10, 2026, using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.


<u>/s/ James Hearon</u>
James Hearon